No. 96–9502. RODGER v. UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 96–9504. ADESANYA v. GUNN ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–9507. PATTERSON v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 96–9508. STANBERRY v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied. 

No. 96–9509. SHARP v. ROBERTS, STATE TREASURER OF MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 96–9510. ALVAREZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 96–9511. BOGDANOFF v. FARMON, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied. 

No. 96–9512. BUGH v. UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 96–9514. CARDONA v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 96–9515. YOUNG v. NEW JERSEY DIVISION OF MEDICAL ASSISTANCE AND HEALTH SERVICES ET AL. C. A. 3d Cir. Certiorari denied.

No. 96–9516. TULALI v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 96–9517. HILL v. FARMERS HOME GROUP. Ct. App. Minn. Certiorari denied.

No. 96–9518. HODGE v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 96–9519. HINES v. COSTELLO, SUPERINTENDENT, MIDSTATE CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 96–9520. DE LA VEGA v. CHATER, COMMISSIONER OF SOCIAL SECURITY. C. A. 9th Cir. Certiorari denied.